UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                              §
                                                    §
ALVAREZ, CARLOS FRANCISCO                           §         Case No. 11-11296 RAM
                                                    §
                                                    §
            Debtor(s)                               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on
      . The case was converted to one under Chapter 7 on              . The
undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                  $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOEL L. TABAS, TRUSTEE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-11296 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ALVAREZ, CARLOS FRANCISCO | | | Date Filed (f) or Converted (c): | 06/14/11 (c) |
| | | | | 341(a) Meeting Date: | 07/20/11 |
| For Period Ending: | 09/25/13 | | | Claims Bar Date: | 09/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10220 SW 35th Terrace Miami, FL  33165<br><br>Trustee's Report of Abandonment, 7/21/11 (ECF NO. 69) | 128,568.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash<br><br>Cash on hand<br><br>Order Granting Motion to Approve Stipulation for Compromise and Settlement, 07/25/12 ECF 92 | 35.00 | 14.05 | | 14.05 | FA |
| 3. Financial Accounts<br><br>checking account Bank United<br>See settlement note with asset # 2 | 200.00 | 80.28 | | 80.28 | FA |
| 4. Household Goods (VOID)<br><br>Household goods and furnishings: 1 sofa; 1 chair; 1 cocktail table; 4 tv's; 1 dvd; 2 lamps; 1 bedroom set; pots and pans; flatware; silverware; 1 toaster; 1 coffee maker; 1 refrigerator; 1 stove; 1 dining table with 4 chairs; 1 washer; 1 dryer; 1 lawn mower; 1 computer; 1 printer; 1 desk; 1 chair; 1 patio table with 4 chairs; 1 grill; misc. decorations<br><br>Removed from Amended Schedules, 6/22/11 (ECF 57) | 0.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel<br><br>Used clothing and shoes<br><br>Value reduced from $275 on Amended Schedules, 6/22/11 (ECF 57)<br>See settlement note with asset # 2 | 160.00 | 64.22 | | 64.22 | FA |

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 11-11296 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ALVAREZ, CARLOS FRANCISCO | | | Date Filed (f) or Converted (c): | 06/14/11 (c) |
| | | | | 341(a) Meeting Date: | 07/20/11 |
| | | | | Claims Bar Date: | 09/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6. Furs and Jewelry<br><br>Jewelry: 1 mens watch; 2 rings; earrings; misc. costume jewelry<br><br>Value reduced from $70 on Amended Schedules, 6/22/11 (ECF 57)<br>See settlement note with asset # 2 | 35.00 | 14.05 | | 14.05 | FA |
| 7. Vehicles<br><br>2004 Ford F150<br>See settlement note with asset # 2 | 7,075.00 | 2,839.84 | | 2,839.84 | FA |
| 8. Vehicles<br><br>2009 Jeep Wrangler (the debtors surrender and abandon all interest in this vehicle).<br><br>Trustee's Notice of Abandonment 07/11/12 ECF 90 | 16,655.00 | 0.00 | OA | 0.00 | FA |
| 9. Potential Interest in Tax Refund (u)<br>See settlement note with asset # 2 | 0.00 | 1,487.56 | | 1,487.56 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $152,728.00 | $4,500.00 | | $4,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 11-11296    RAM    Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | ALVAREZ, CARLOS FRANCISCO | Date Filed (f) or Converted (c): | 06/14/11 (c) |
| | | 341(a) Meeting Date: | 07/20/11 |
| | | Claims Bar Date: | 09/27/12 |

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 09/15/14

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-11296 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALVAREZ, CARLOS FRANCISCO | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5336  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5723 | | |
| For Period Ending: | 09/25/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/12 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 225.00 | | 225.00 |
| | 2 | | Memo Amount:        14.05  Asset 2 | 1129-000 | | | |
| | 3 | | Memo Amount:        80.28  Asset 3 | 1129-000 | | | |
| | 5 | | Memo Amount:        64.22  Asset 5 | 1129-000 | | | |
| | 6 | | Memo Amount:        14.05  Asset 6 | 1129-000 | | | |
| | 7 | | Memo Amount:        52.40  Asset 7 | 1129-000 | | | |
| 08/29/12 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 225.00 | | 450.00 |
| | 7 | ASSET 7 | Memo Amount:       225.00 | 1129-000 | | | |
| 10/02/12 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 225.00 | | 675.00 |
| | 7 | ASSET 7 | Memo Amount:       225.00 | 1129-000 | | | |
| 10/29/12 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 225.00 | | 900.00 |

Page Subtotals       900.00          0.00

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                                                                                                     Ver: 17.03

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-11296 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALVAREZ, CARLOS FRANCISCO | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5336 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5723 | | |
| For Period Ending: | 09/25/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 7 | ASSET 7 | Memo Amount: 225.00 | 1129-000 | | | |
| 12/03/12 | 7 | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | 1129-000 | 225.00 | | 1,125.00 |
| 01/02/13 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 225.00 | | 1,350.00 |
| | 7 | ASSET 7 | Memo Amount: 225.00 | 1129-000 | | | |
| 01/10/13 | 010001 | International Sureties, Ltd. 701 Poydras St., Ste. 420 New Orleans, LA 70139 | 2013 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2012), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 0.72 | 1,349.28 |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,334.28 |
| 01/28/13 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 225.00 | | 1,559.28 |
| | 7 | ASSET 7 | Memo Amount: 225.00 | 1129-000 | | | |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,544.28 |
| 03/01/13 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 225.00 | | 1,769.28 |
| | 7 | ASSET 7 | Memo Amount: 225.00 | 1129-000 | | | |
| | | | Page Subtotals | | 900.00 | 30.72 | |

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                   Ver: 17.03

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 11-11296 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALVAREZ, CARLOS FRANCISCO | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5336  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5723 | | |
| For Period Ending: | 09/25/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,754.28 |
| 04/01/13 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 225.00 | | 1,979.28 |
| | 7 | ASSET 7 | Memo Amount:  225.00 | 1129-000 | | | |
| 04/10/13 | | CARLOS FRANCISCO ALVAREZ | Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement, 7/25/12 (ECF 92) | | 2,475.00 | | 4,454.28 |
| | 7 | ASSET 7 | Memo Amount:  987.44 | 1129-000 | | | |
| | 9 | ASSET 9 | Memo Amount:  1,487.56 | 1224-000 | | | |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,439.28 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,424.28 |
| 06/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,409.28 |

Page Subtotals    2,700.00    60.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 11-11296 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | ALVAREZ, CARLOS FRANCISCO | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******5336  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5723 | | |
| For Period Ending: | 09/25/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 4,275.00 | COLUMN TOTALS | | 4,500.00 | 90.72 | 4,409.28 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,500.00 | 90.72 | |
| | Memo Allocation Net: | 4,275.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,500.00 | 90.72 | |
| | Total Allocation Receipts: | 4,275.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******5336 | | 4,500.00 | 90.72 | 4,409.28 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | Total Memo Allocation Net: | 4,275.00 | | | 4,500.00 | 90.72 | 4,409.28 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 25, 2013 |
|---|---|---|---|---|---|---|

Case Number:   11-11296
Debtor Name:   ALVAREZ, CARLOS FRANCISCO

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Joel L. Tabas, Esq.<br>Tabas Freedman & Soloff, P.A.<br>f/k/a Tabas Freedman Soloff<br>Brown&Rigali<br>14 NE 1st Ave, Penthouse<br>Miami, FL 33132 | Administrative | | $650.00 | $0.00 | $650.00 |
| 001<br>3120-00 | Joel L. Tabas, Esq.<br>Tabas Freedman & Soloff, P.A.<br>f/k/a Tabas Freedman Soloff<br>Brown&Rigali<br>14 NE 1st Ave, Penthouse<br>Miami, FL 33132 | Administrative | | $123.60 | $0.00 | $123.60 |
| | Subtotal for Class Administrative | | | $773.60 | $0.00 | $773.60 |
| 000001<br>070<br>7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $5,736.26 | $0.00 | $5,736.26 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,682.36 | $0.00 | $4,682.36 |
| 000003<br>070<br>7100-00 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $651.58 | $0.00 | $651.58 |
| 000004<br>070<br>7100-00 | Department Stores National<br>Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Unsecured | | $1,999.69 | $0.00 | $1,999.69 |
| 000005<br>070<br>7100-00 | Department Stores National<br>Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Unsecured | | $1,278.39 | $0.00 | $1,278.39 |
| 000006<br>070<br>7100-00 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | Unsecured | | $2,245.75 | $0.00 | $2,245.75 |
| 000007<br>070<br>7100-00 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $224.65 | $0.00 | $224.65 |
| 000008<br>070<br>7100-00 | Global Acceptance Credit Company, LP<br>P.O. Box 172800<br>Arlington, TX 76003-2800 | Unsecured | | $8,157.92 | $0.00 | $8,157.92 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 25, 2013 |
|---|---|---|---|---|---|---|

Case Number:  11-11296  
Debtor Name:  ALVAREZ, CARLOS FRANCISCO  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009<br>070<br>7100-00 | Global Acceptance Credit Company, LP<br>P.O. Box 172800<br>Arlington, TX 76003-2800 | Unsecured | | $4,748.42 | $0.00 | $4,748.42 |
| 000010<br>070<br>7100-00 | Portfolio Recovery Associates, LLC.<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $2,042.42 | $0.00 | $2,042.42 |
| 000011<br>070<br>7100-00 | BACK BOWL I LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $986.92 | $0.00 | $986.92 |
| 000012<br>070<br>7100-00 | Portfolio Recovery Associates, LLC.<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $5,025.94 | $0.00 | $5,025.94 |
| 000013<br>070<br>7100-00 | eCAST Settlement Corporation assignee<br>of Citibank<br>(South Dakota) NA<br>POB 29262<br>New York NY 10087-9262 | Unsecured | | $18,585.85 | $0.00 | $18,585.85 |
| 000014<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Unsecured | | $827.39 | $0.00 | $827.39 |
| 000015<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Unsecured | | $4,122.77 | $0.00 | $4,122.77 |
| 000016<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Unsecured | | $8,925.85 | $0.00 | $8,925.85 |
| 000017<br>070<br>7100-00 | Summit Financial Corp.<br>100 NW 100th Avenue<br>Plantation, FL 33324 | Unsecured | | $6,500.00 | $0.00 | $6,500.00 |
| 000018<br>070<br>7100-00 | Portfolio Investments I LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $3,672.39 | $0.00 | $3,672.39 |
| 000019<br>070<br>7100-00 | Portfolio Investments I LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,910.17 | $0.00 | $2,910.17 |
| 000020<br>070<br>7100-00 | Portfolio Investments I LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,723.24 | $0.00 | $1,723.24 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 25, 2013 |

Case Number: 11-11296  
Debtor Name: ALVAREZ, CARLOS FRANCISCO  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021 070 7100-00 | Portfolio Investments I LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,480.63 | $0.00 | $2,480.63 |
| 000022 070 7100-00 | First National Bank of South Miami<br>c/o Sapurstein & Bloch, P.A.<br>9700 South Dixie Highway<br>Suite 1000<br>Miami, FL 33156 | Unsecured | | $45,247.17 | $0.00 | $45,247.17 |
| 000023 070 7100-00 | JH Portfolio Debt Equities, LLC<br>JD Receivables LLC<br>189 Northcross Place W<br>Collierville, TN 38017 | Unsecured | | $1,723.24 | $0.00 | $1,723.24 |
| 000024 070 7100-00 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Unsecured | | $4,748.42 | $0.00 | $4,748.42 |
| 000025 070 7100-00 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Unsecured | | $8,157.92 | $0.00 | $8,157.92 |
| 000026 070 7100-00 | First National Bank of South Miami<br>c/o Sapurstein & Bloch, P.A.<br>9700 South Dixie Highway<br>Suite 1000<br>Miami, FL 33156 | Unsecured | | $45,247.17 | $0.00 | $45,247.17 |
| | Subtotal for Class Unsecured | | | $192,652.51 | $0.00 | $192,652.51 |
| | Case Totals: | | | $193,426.11 | $0.00 | $193,426.11 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-11296 RAM
Case Name: ALVAREZ, CARLOS FRANCISCO
Trustee Name: JOEL L. TABAS, TRUSTEE

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOEL L. TABAS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: JOEL L. TABAS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Joel L. Tabas, Esq. | $ | $ | $ |
| Attorney for Trustee Expenses: Joel L. Tabas, Esq. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Management, Inc. | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | American Infosource Lp As Agent for | $ | $ | $ |
| 000004 | Department Stores National Bank/Macys | $ | $ | $ |
| 000005 | Department Stores National Bank/Macys | $ | $ | $ |
| 000006 | Asset Acceptance LLC | $ | $ | $ |
| 000007 | Capital One, N.A. | $ | $ | $ |
| 000008 | Global Acceptance Credit Company, LP | $ | $ | $ |
| 000009 | Global Acceptance Credit Company, LP | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC. | $ | $ | $ |
| 000011 | BACK BOWL I LLC | $ | $ | $ |
| 000012 | Portfolio Recovery Associates, LLC. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | eCAST Settlement Corporation assignee of Citibank | $ | $ | $ |
| 000014 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000015 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000016 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000017 | Summit Financial Corp. | $ | $ | $ |
| 000018 | Portfolio Investments I LLC | $ | $ | $ |
| 000019 | Portfolio Investments I LLC | $ | $ | $ |
| 000020 | Portfolio Investments I LLC | $ | $ | $ |
| 000021 | Portfolio Investments I LLC | $ | $ | $ |
| 000022 | First National Bank of South Miami | $ | $ | $ |
| 000023 | JH Portfolio Debt Equities, LLC | $ | $ | $ |
| 000024 | Jefferson Capital Systems LLC | $ | $ | $ |
| 000025 | Jefferson Capital Systems LLC | $ | $ | $ |
| 000026 | First National Bank of South Miami | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE