UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI

In re:                                                                    Case No. 11-11296-BKC-RAM
                                                                          Chapter 7
**CARLOS FRANCISCO ALVAREZ**
SSN: XXX-XX-3595

_____Debtor_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on November 12, 2013. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: November 12, 2013                         /s/ Joel L. Tabas
                                                 JOEL L. TABAS, Trustee
                                                 14 Northeast First Ave., Penthouse
                                                 MIAMI, FL  33132
                                                 Telephone: (305) 375-8171
                                                 Telefax:  (305) 381-7708

# FINAL DISTRIBUTION

Case Number: 11-11296    RAM  Page 1  Date: November 12, 2013
Debtor Name: ALVAREZ, CARLOS FRANCISCO

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type  -** | | | | | | | |
| | JOEL L. TABAS, TRUSTEE COMPENSATION | Admin | | $1,125.00 | $1,125.00 | $0.00 | $0.00 | $0.00 |
| | JOEL L. TABAS, TRUSTEE EXPENSES | Admin | | $41.72 | $41.72 | $0.00 | $0.00 | $0.00 |
| | JOEL L. TABAS, TRUSTEE PRIOR CHAPTER COMPENSATION | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | JOEL L. TABAS, TRUSTEE PRIOR CHAPTER EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $1,166.72 | $1,166.72 | $0.00 | $0.00 | |
| | **Claim Type 3110-00 - Atty for Trustee Fees** | | | | | | | |
| | Joel L. Tabas, Esq. | Admin | 001 | $650.00 | $650.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3110-00** | | | $650.00 | $650.00 | $0.00 | $0.00 | |
| | **Claim Type 3120-00 - Attorney for Trustee Expenses** | | | | | | | |
| | Joel L. Tabas, Esq. | Admin | 001 | $123.60 | $123.60 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3120-00** | | | $123.60 | $123.60 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative   100.00000 % | | | $1,940.32 | $1,940.32 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Midland Credit Management, Inc. | Unsec | 070 | $5,736.26 | $96.08 | $5,640.18 | $0.00 | $0.00 |
| 000002 | Discover Bank | Unsec | 070 | $4,682.36 | $78.42 | $4,603.94 | $0.00 | $0.00 |
| 000003 | American Infosource Lp As Agent for | Unsec | 070 | $651.58 | $10.92 | $640.66 | $0.00 | $0.00 |
| 000004 | Department Stores National Bank/Macys | Unsec | 070 | $1,999.69 | $33.49 | $1,966.20 | $0.00 | $0.00 |
| 000005 | Department Stores National Bank/Macys | Unsec | 070 | $1,278.39 | $21.41 | $1,256.98 | $0.00 | $0.00 |
| 000006 | Asset Acceptance LLC (6-1) 41659886 | Unsec | 070 | $2,245.75 | $37.62 | $2,208.13 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Case Number: 11-11296 RAM | Page 2 | Date: November 12, 2013 |
|---|---|---|
| Debtor Name: ALVAREZ, CARLOS FRANCISCO | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000007 | Capital One, N.A. 11/01/2012 Transfer/Assignment of Claim Transfer Agreement 3001 (e) 2 Transferor: HSBC Bank Nevada, N.A. (Claim No. 7) To Capital One, N.A. Filed by Capital One, N.A.. (Bass, Patti) | Unsec | 070 | $224.65 | $3.76 | $220.89 | $0.00 | $0.00 |
| 000008 | Global Acceptance Credit Company, LP (8-1) First National Bank Omaha | Unsec | 070 | $8,157.92 | $136.64 | $8,021.28 | $0.00 | $0.00 |
| 000009 | Global Acceptance Credit Company, LP (9-1) Citibank (South Dakota), N.A. | Unsec | 070 | $4,748.42 | $79.53 | $4,668.89 | $0.00 | $0.00 |
| 000010 | Portfolio Recovery Associates, LLC. 05/17/2011 Transfer/Assignment of Claim Transfer Agreement 3001 (e) 2 Transferor: Chase Bank USA, N.A. (Claim No. 10) To Portfolio Recovery Associates, LLC. Filed by PRA Receivables Management LLC. (Attachments: 1 poa) (Portfolio Recovery Associates LLC) | Unsec | 070 | $2,042.42 | $34.21 | $2,008.21 | $0.00 | $0.00 |
| 000011 | BACK BOWL I LLC | Unsec | 070 | $986.92 | $16.53 | $970.39 | $0.00 | $0.00 |
| 000012 | Portfolio Recovery Associates, LLC. | Unsec | 070 | $5,025.94 | $84.18 | $4,941.76 | $0.00 | $0.00 |
| 000013 | eCAST Settlement Corporation assignee of Citibank | Unsec | 070 | $18,585.85 | $311.31 | $18,274.54 | $0.00 | $0.00 |
| 000014 | Portfolio Recovery Associates, LLC | Unsec | 070 | $827.39 | $13.86 | $813.53 | $0.00 | $0.00 |
| 000015 | Portfolio Recovery Associates, LLC | Unsec | 070 | $4,122.77 | $69.06 | $4,053.71 | $0.00 | $0.00 |
| 000016 | Portfolio Recovery Associates, LLC | Unsec | 070 | $8,925.85 | $149.50 | $8,776.35 | $0.00 | $0.00 |
| 000017 | Summit Financial Corp. (17-1) Deficiency Balance on Auto | Unsec | 070 | $6,500.00 | $108.87 | $6,391.13 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Case Number: 11-11296   RAM | | | | Page 3 | | | Date: November 12, 2013 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: ALVAREZ, CARLOS FRANCISCO | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| | Loan(17-2) deficiency balance on auto loan | | | | | | | |
| 000018 | Portfolio Investments I LLC (18-1) GE MONEY | Unsec | 070 | $3,672.39 | $61.51 | $3,610.88 | $0.00 | $0.00 |
| 000019 | Portfolio Investments I LLC (19-1) GE Capital Corp. | Unsec | 070 | $2,910.17 | $48.75 | $2,861.42 | $0.00 | $0.00 |
| 000020 | Portfolio Investments I LLC (20-1) SEARS PREMIER CARD | Unsec | 070 | $1,723.24 | $28.86 | $1,694.38 | $0.00 | $0.00 |
| 000021 | Portfolio Investments I LLC (21-1) GE MONEY | Unsec | 070 | $2,480.63 | $41.55 | $2,439.08 | $0.00 | $0.00 |
| 000022 | First National Bank of South Miami (22-1) Line of Credit | Unsec | 070 | $45,247.17 | $757.87 | $44,489.30 | $0.00 | $0.00 |
| 000023 | JH Portfolio Debt Equities, LLC | Unsec | 070 | $1,723.24 | $28.86 | $1,694.38 | $0.00 | $0.00 |
| 000024 | Jefferson Capital Systems LLC (24-1) UNPAID CREDIT CARD BALANCE | Unsec | 070 | $4,748.42 | $79.53 | $4,668.89 | $0.00 | $0.00 |
| 000025 | Jefferson Capital Systems LLC (25-1) UNPAID CREDIT CARD BALANCE | Unsec | 070 | $8,157.92 | $136.64 | $8,021.28 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $147,405.34 | $2,468.96 | $144,936.38 | $0.00 | |
| | Subtotals For Class Unsecured | 1.67495 % | | $147,405.34 | $2,468.96 | $144,936.38 | $0.00 | |
| | << Totals >> | | | $149,345.66 | $4,409.28 | $144,936.38 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.